UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN IVEY,
7611 S. Orange Blossom Trail, #278
Orlando, FL, 32809,

    Plaintiff,

    V.

Civil Action No.

U.S. DEPARTMENT of the TREASURY, et al.,
1500 Pennsylvania Ave, NW
Washington, DC, 20220,

    Defendant.

## COMPLAINT PURSUANT TO THE PRIVACY ACT AND FREEDOM OF INFORMATION ACT

Pursuant to the Privacy Act, 5 USCS 552a (g)(1) B ;

5 USCS 552a (g)(1)D , the **Freedom of Information Act** and Rule 8 of

Civil Procedure the plaintiff is requesting Court review of the following

complaint in regards to the defendant, U S Department of the Treasury, et al.

for improper procedure, and refusal to supply requested verification, for the

following documents.

RECEIVED
FEB 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COMPLAINT

The plaintiff has requested information from the Treasury as per public information, documentation for concerning the plaintiff, and for investigations and legal proceedings for relavent evidence. Newer relevant information and documentations has been produced that reveals the violations of the Privacy Act in relation to previous and present FOIA request. Enclosed herein as exhibit A and S are documents demonstrating the actions of perjury of Robert Hall and subornation of perjury of John Snow, et al., as was revealed in related case 05-1147, **<u>Ivey v. NTEU</u>**. In this case it was determined that the National Treasury Employees Union (NTEU) was a separate defendant from the US Treasury. This results in the violation of the Privacy Act to the plaintiff's social security number and false records as viewed and assisted by entities other than the US Treasury. The resolution of these claims have been refused by the defendant.

## STATEMENT OF THE FACTS

The Treasury has had numerous opportunities to supply the requested information as requested by the plaintiff and to make corrections as with any of the related cases. However, as with this Court and with the related cases the defendant has manipulated so as to under-mind the Court's

2

decisions for granting relief to the plaintiff. The documents in question are part of the EOP Treasury file 02-1135.

**I.** Exhibit A is a document that the defendant used that the plaintiff has clearly and repeatedly denied. It was used without verification and to the supposed support of two NTEU representatives, Lisa Porter and Angela Strong. I have requested affidavits for the two NTEU representatives to justify the use of exhibit A. With the related case cited above the NTEU has now denied any involvement in the alleged phone call, exhibit S. This is a violation of the Privacy Act. This also demonstrates the defendant's effort to improperly pursued the Court in related case of DC District, 04-0214, **Ivey v. Dept. of the Treasury** to grant summary judgment; to defraud the Court.

**II.** In the determination that the NTEU is a separate entity from the US Treasury, exhibit T which contained the plaintiff's social security number demonstrates that the defendant violated the Privacy Act. The plaintiff's social security number was included under the plaintiff's name without his consent and is not a required item for such processing of the plaintiff in the US Treasury. Exhibit T was viewed by the NTEU improperly and without the plaintiff's consent. This is a violation of the Privacy Act

based on the new determination of the NTEU in relation to the defendant. Under prior proceedings the NTEU was considered improperly by the court as the US Treasury the overturned by DC Circuit.

**III.**   The practices above have also been exercised with exhibit U. This exhibit demonstrates the defendant's use of documentation of Susan Karimi that has not been verified. The plaintiff has requested such verification from the defendant but there has been no responses to correct or verify. From administrative proceedings leading to civil actions, as well as the related civil actions, the defendant has failed to substantiate the hearsay of Susan Karimi. This is a violation of the Privacy Act. It is reasonable to conclude a pattern of behavior of the defendant to violate the Privacy Act.

## CONCLUSION

Based on the above the defendant has violated the Privacy Act in regards to the plaintiff. The defendant has used these documents in this Court and Courts of the related cases so as to defraud the decision making process. The damages to the plaintiff are therefore not only in this present case but the related cases. It also demonstrates the improper use of other individuals without there consent or testimony.

4

## REQUEST OF THE COURT

The plaintiff request the Court to determine that the above be determined as a violation to FOIA/Privacy Act of the defendant, US Treasury, et al., in the improper use of documentation and un-consenting individuals. The plaintiff request the Court to determine and award the plaintiff the relative costs and fees associated with the action and other relief as to it discretion for damages.

**The plaintiff is requesting that the Court appoint the plaintiff an attorney. (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C § 2000e** *et seq*: **the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 791(c).**

Feb. 22, 2007
Date

_____
Plaintiff
Steven Ivey
7611 S. Orange Blossom Tr., #278
Orlando, FL, 32809

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-0480
EGS

## I (a) PLAINTIFFS

Steven Ivey

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (NP)

## DEFENDANTS

U.S. Department of the Treasury

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTO

Case: 1:07-cv-00480
Assigned To : Sullivan, Emmet G.
Assign. Date : 03/14/2007
Description: Steven Ivey v. US Department of Treasury

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF AND

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   ☐   DEMAND $   Check YES only if demanded in complaint
JURY DEMAND:   ☐ YES   ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☒ YES   ☐ NO   If yes, please complete related case form.

DATE   SIGNATURE OF ATTORNEY OF RECORD
NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd

Hall Robert M

**To:** Ferguson Linda C; Truss Karen D; Brown Brent E
**Subject:** Re: Steve Ivey

I had an interesting conversation tonight with Lisa Porter (NTEU Rep) concerning Steve Ivey.
He called the union office either Thursday or Friday and spoke to Angela Strong. He told her he was terminated because of his beliefs. She asked him what his beliefs were. He told her that he did not intend to take orders from any nigger or faggot. He asked to speak / meet with the president of the union.
This is all that we know so far, but I wanted to make you aware of what I heard.

Robert Maupin Hall

Chief, Section T-R

Data Conversion Branch

770-455-2528

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV01147 |
| ) | |
| NATIONAL TREASURY EMPLOYEES UNION, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS

#### INTRODUCTION

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, defendant National Treasury Employees Union (NTEU) hereby submits this memorandum in support of its motion to dismiss the complaint in this action filed pro se by plaintiff Steven Ivey. Because the specific allegations in the four-page complaint are unclear and undeveloped, NTEU is unsure of the factual and legal nature of the claims against it. Accordingly, this memorandum addresses each statutory provision cited in the complaint to demonstrate that, if a claim is being brought pursuant to that statute, it should be dismissed.

It is, however, clear from the allegations in the complaint that this action arises solely in connection with Ivey's removal from his federal job with the Internal Revenue Service (IRS) on March 7, 2001. NTEU is the exclusive bargaining representative

1    EXHIBITS

with his removal.¹ Because Ivey's claims all concern NTEU's representation of him in connection with his removal, they "amount to nothing more than an allegation that NTEU breached [its] duty of fair representation." Buesgens v. Coates, 2006 U.S. Dist. LEXIS 27383, *9 (D.D.C., May 9, 2006) (dismissing for lack of jurisdiction former federal employee's claims that union violated Title VII in representing him).² His exclusive remedy for such an allegation lies under Chapter 71 of the CSRA, and this Court, therefore, has no jurisdiction to consider his claims.

A union that is the exclusive representative of a bargaining unit of federal employees has a duty to represent all bargaining unit employees in a fair manner, without discrimination and without regard to union membership. See 5 U.S.C. § 7114(a)(1). A charge that a union has acted arbitrarily or in bad faith to the detriment of a member amounts to a claim that the union breached its duty of fair representation. See National Fed'n of Fed. Employees, Local

---



¹ NTEU denies the factual allegations contained in the complaint, but for purposes of considering NTEU's motion to dismiss, the Court is required, of course, to "construe the complaint in a light most favorable to the plaintiff and must accept as true all reasonable factual inferences drawn from well-pleaded factual allegations." Herron v. Veneman, 305 F. Supp. 2d 64, 70 (D.D.C. 2004). As shown, dismissal is appropriate under that standard.

² A copy of the Buesgens decision is attached.

5

March 5, 2001, 2001

Steve Ivey

Steve:
    This is a recap of the meeting I had with you in my office the week before last. You returned to duty February 20th at 6 p.m. You were instructed to report to the Data Conversion Conference Room at 6:30 p.m. for Refresher Training.
    Kelly Mancle was the instructor for this class. Ms. Mancle made sure everyone had the proper supplies and materials that were needed for the class. According to Ms. Mancle, you continued to read a book and not pay attention thoughout the class. At one point, you got up and left and were gone for 35 minutes.
    When I was made aware of this I instructed Ms. Mancle to have you report to my office. She told you to do this and you disappeared again. After about 10 minutes you came to my office.
    You explained to me that you were a returning operator and that you didn't feel the need to sit in the class. You also told me that in the past you had encountered problems dealing with Ms. Mancle and you thought she picked on you and singled you out. I explained to you how important the Refresher Class is, and that I found it hard to believe that she was picking on you in front of the other employees.
    At this point the class was almost over. You and I agreed that since you were not feeling well, you would go home and report to work the following evening.
    Steve, as I explained to you last week, you are in class for a reason. Reading your book, not paying attention in class and leaving the classroom is unacceptable behavior, and will not be tolerated. According to the Rules of Conduct this is insubordination. Your latest Quarterly shows you are rated a "1" in Quality, and a "3" in Quantity. Your Courtesy Review from last week, showed you had 4 documents in error, out of 10. The purpose of the Refresher Class is to help reduce your error rate.
    This is your third season, and you have always had an unacceptable quality rate. You are still on probation. After considering the facts that you have a very low accuracy rate and that you chose not to participate in the refresher course I have decided to recommend that your employment be terminated.

_Robert M Hall_
Chief, Section III-B
Data Conversion Branch

_____
Employee Sign and Date

EXHIBIT 7

**Brown Brent E**

From: Truss Karen D
Sent: Monday, April 02, 2001 7:52 AM
To: Brown Brent E
Subject: FW: Steve Ivey

Think he meant to forward to you

-----Original Message-----
**From:** Hall Robert M
**Sent:** Monday, April 02, 2001 12:21 AM
**To:** Truss Karen D; Ferguson Linda C
**Cc:** Johnson Brent E
**Subject:** Steve Ivey

Tonight I got a visit from one of the employees who used to be assigned to a unit with Steve Ivey. She said he called her over the weekend. She was very upset about the call. She wrote me a letter, which went as follows:

03-31-01
Robert Hall

On Sat. 3-31 Steve Ivey called me at home. He asked me, would I answer questions about Data Conversion, if an attorney called me. I clearly said no. I asked him not to give out my name in connection to his problems or complaints since I was not aware of, or witness to any of them. We were in the same unit for 2 seasons. Winda was our manager, who always worked hard to do a good job.

Thank You,
Susan Karimi

Susan said she thought he was trying to call all of the white employees that he could get in touch with. He asked her to give him other employees phone numbers. She declined to do this. He said some people were afraid and just didn't want to speak up. Susan said she thought he was obsessing over things in their former unit that were not true and made no sense at all. She said she hope we changed to code to the doors. I asked her to please be alert and if she sees Steve Ivey here at the IRS to please let us know.

*Robert Maupin Hall*

Chief, Section III-B

EXHIBIT U

04/02/2001