# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY,<br>7611 S. Orange Blossom Trail, #278<br>Orlando, FL 32809<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT of the<br>TREASURY, et al.<br>1500 Pennsylvania Ave, NW<br>Washington, DC, 20220<br><br>    Defendant. | Case No: 07-480 (EGS) |

## NOTICE OF ENTRY OF ATTORNEY APPEARANCE

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the, Defendant in the above-captioned civil action.

                /s/
            QUAN K. LUONG
            Special Assistant United States Attorney
            555 4th Street, N.W. - Room E4417
            Washington, D.C. 20530
            (202) 514-1950
            quan.luong@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, 2007, a true and correct copy of the foregoing Entry of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

STEVEN IVEY
7611 S. Orange Blossom Trail, #278
Orlando, FL 32809

/s/
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530