UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>    Defendants. | Civil Action No. 07-0480 (EGS) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #6] is GRANTED. It is further

ORDERED that plaintiff's motion to reassign judge [Dkt. #10] is DENIED. It is further

ORDERED that this civil action is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.


Signed:     EMMET G. SULLIVAN
            United States District Judge

Dated:      October 22, 2007