# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY

Plaintiff

vs.

Civil Action No. 07-0480 (EGS)

US Dept. of the Treasury

Defendant

## NOTICE OF APPEAL

Notice is hereby given this 9th day of November, 2007, that STEVEN IVEY, plaintiff hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this Court entered on the 22nd day of October, 2007, in favor of US Dept. of the Treasury, defendant against said STEVEN IVEY, plaintiff.

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days in the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

[USCADC Form __ (Rev. May 2004)]