UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action Nos. 070480

**RECEIVED**
NOV 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**STEVEN IVEY,**

Appellant,

V.        **TRANSCRIPT ORDER ON APPEAL**

**U.S. DEPARTMENT of the TREASURY,**

Appellee.

**CERTIFICATE REGARDING DOCKET ENTRIES/REPORT**

The appellant, Steven Ivey, pursuant to Federal Rules of Appellant Procedure, Rule 10(a), is ordering from US District Court for the District of Columbia a certified copy of the Docket Entries/Report for case 07-0480 to be included in the Record on Appeal.

**Appellant reserves the right to settlement of any fees/cost from the Equal Access to Justice Act, 28 U.S.C. 2412.**

_11-9-07_
Date

_Steven Ivey_

Pro Se: Steven Ivey
7611 S. Orange Bl. Tr., #278
Orlando, FL, 32809

# United States Court of Appeals
District of Columbia Circuit

## DOCKETING STATEMENT
*All Cases Other than Administrative Agency Cases*
*(To be completed by appellant)*

1. CASE NO. _____
2. DATE DOCKETED _____
3. CASE NAME (lead parties only) __STEVEN IVEY__ v. __Dept. of Treasury__
4. TYPE OF CASE: [X] District Ct - [X] US Civil  [ ] Private Civil  [ ] Criminal  [ ] Bankruptcy
   [ ] Bankruptcy - if direct from Bankruptcy Court
   [ ] Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    YES _____ NO __X__

   If YES, cite statute: _____
6. CASE INFORMATION:
   a. **District Court Docket No.**         **Bankruptcy Court Docket No.**         **Tax Court Docket No.**
      Civil Action __07-0480-EGS__   Bankruptcy _____   Tax _____
      Criminal _____                 Adversary _____
      Miscellaneous _____            Ancillary _____
   b. Review is sought of:   [X] Final Order
      [ ] Interlocutory Order appealable as of right
      [ ] Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge __Sullivan__            Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): __Oct. 22, 2007__
   e. Date notice of appeal filed: _____
   f. Has any other notice of appeal been filed in this case?   YES _____ NO __X__
      If YES, give date filed: _____
   g. Are any motions currently pending in trial court?   YES _____ NO __X__   If YES, identify motion and date filed: _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?
      YES __X__ NO _____   If NO, why not? _____
   i. Has this case previously been before this Court under another appeal number? YES, Appeal # _____ NO __X__
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      YES _____ NO __X__   If YES, give name of the court, case name, and docket number for each case:

   k. Does this case turn on the validity or correct interpretation or application of a particular statute?
      YES __X__ NO _____   If YES, give popular name and citation of statute: __FOIA/PA__
7. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution?   YES _____ NO __X__   If so, provide the name of the program and the dates of participation.

Signature __[signature]__   Date __11-9-07__
Name of Party (Print) _____
Name of Counsel (Print) _____   Firm _____
Address _____
Phone _____   Fax No. _____

**ATTACH A CERTIFICATE OF SERVICE**

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 10 days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and three copies of such letter should be submitted.

USCA FORM 9
(Rev. 1/99)