UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY,

    Plaintiff,

        v.

UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,

    Defendants.

Civil Action No. 07-0480 (EGS)

**ORDER**

It is hereby

ORDERED that plaintiff's motion for leave to proceed on appeal *in forma pauperis* [Dkt. #15] is GRANTED. It is further

ORDERED that plaintiff's motion for a transcript [Dkt. #14] is DENIED as moot. The docket reflects that the Clerk of Court transmitted plaintiff's Notice of Appeal and a Docket Sheet to the United States Court of Appeals for the District of Columbia Circuit on November 16, 2007.

SO ORDERED.

Signed:    EMMET G. SULLIVAN
             United States District Judge

Dated:    November 21, 2007